

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00651-CV

**IN THE INTEREST OF A.B.S.**, a Child

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA01300
Honorable Richard Garcia, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the order of the trial court is AFFIRMED. It is ORDERED that no costs be assessed against appellant in relation to this appeal because she qualifies as indigent under TEX. R. APP. P. 20.

SIGNED February 19, 2020.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice